IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**HAROLD DEWAYNE WEEDEN, III**                                    **PLAINTIFF**
**#93505**

**v.**                      **Case No. 3:20-cv-00165-KGB**

**CATHERINE DEAN,** *et al.*                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Harold Dewayne Weeden's complaint is dismissed without prejudice (Dkt. No. 2). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action would not be taken in good faith.

So adjudged this 22nd day of September, 2020.

*[signature: Kristine G. Baker]*
Kristine G. Baker
United States District Judge